
STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA A. KONTOS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER
Assistant United States Attorney
California State Bar No. 162659
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
Attorneys for the
United States of America

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. CV 13-05256 RGK (AJWx)<br><br>NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(4)(B)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER ON NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME] |

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA A. KONTOS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER
Assistant United States Attorney
California State Bar No. 162659
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
Attorneys for the
United States of America

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. CV 13-05256 RGK (AJWx)<br><br>NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(4)(B)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER ON NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME] |

Case 2:13-cv-05256-RGK-AJW   Document 18   Filed 01/13/15   Page 3 of 7   Page ID #:122

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA A. KONTOS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER
Assistant United States Attorney
California State Bar No. 162659
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TERESA MERCER CARON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>B&H EDUCATION, INC., a Delaware Corporation, d/b/a MARINELLO SCHOOL OF BEAUTY, *et al.*,<br><br>Defendants. | No. CV 13-05256 RGK (AJWx)<br><br>NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(4)(B)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER ON NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME] |

In its last Order, dated December 19, 2014, the Court denied the United States of America's ("United States") request for an extension of the seal period and time within which to determine whether or not to intervene in this qui tam False Claims Act action. The United States' investigation of the allegations in the qui tam Complaint has not been completed and, as such, the United States is not able to decide whether to proceed with the action. Accordingly, the United States hereby notifies the Court that it is not intervening at this time. However, the United States' investigation will continue.

Although the United States declines to intervene at this time, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the qui tam plaintiffs ("relators") to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has only the right to a hearing when it objects to a settlement or dismissal of the action. United States ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); United States ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relators' action or claim. The United States also requests that it be served with all notices of appeal.

1    Finally, the United States requests that the relators' Complaint, this Notice, and
2 the attached proposed Order be unsealed. The United States requests that all other
3 papers on file in this action remain under seal because in discussing the content and
4 extent of the United States' investigation, such papers are provided by law to the Court
5 alone for the sole purpose of evaluating whether the seal and time for making an election
6 to intervene should be extended.

7    A proposed order accompanies this Notice.

9  Dated: January 13, 2015            Respectfully submitted,

10                                    STEPHANIE YONEKURA
                                      Acting United States Attorney
11                                    LEON W. WEIDMAN
                                      Assistant United States Attorney
12                                    Chief, Civil Division
                                      DAVID K. BARRETT
13                                    Assistant United States Attorney
                                      Chief, Civil Fraud Section
14                                    LINDA A. KONTOS
                                      Assistant United States Attorney
15                                    Deputy Chief, Civil Fraud Section

                                      _____
                                      ABRAHAM MELTZER
18                                    Assistant United States Attorney

19                                    Attorneys for the
                                      United States of America

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **January 13, 2015**, I served

**NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME**

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: **January 13, 2015**. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(ies) to Whom mailed:

SEE ATTACHED LIST.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: January 13, 2015 at Los Angeles, California.

*Carol M. Ybarra*
CAROL M. YBARRA

```
 1                          SERVICE LIST

 2   Mark J. Skapik
     Geralyn L. Skapik
 3   John D. Graham -- of counsel
     SKAPIK LAW GROUP
 4   5861 Pine Avenue, Suite A-1
     Chino Hills, CA  91709-6540
 5
     Eric Christopher Morris
 6   SOUTHERN CALIFORNIA LAWYERS GROUP, PC
     2151 Convention Center Way, Suite 211
 7   Ontario, CA  91764

 8   Justin T. Berger
     COTCHETT, PITRE & McCARTHY, LLP
 9   840 Malcolm Road, Suite 200
     Burlingame, CA  94010
10
11
...
28                              2
```