STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA A. KONTOS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER
Assistant United States Attorney
California State Bar No. 162659
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
Attorneys for the
United States of America

FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. CV 13-05256 RGK (AJWx)<br><br>[PROPOSED] ORDER ON NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(4)(B)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME] |

LODGED
CLERK, U.S. DISTRICT COURT
JAN 13 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA A. KONTOS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER
Assistant United States Attorney
California State Bar No. 162659
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
Attorneys for the
United States of America

FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. CV 13-05256 RGK (AJWx)<br><br>[PROPOSED] ORDER ON NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(4)(B)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME] |

LODGED
CLERK, U.S. DISTRICT COURT
JAN 13 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA A. KONTOS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER
Assistant United States Attorney
California State Bar No. 162659
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TERISA MERCER CARON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>B&H EDUCATION, INC. a Delaware Corporation, d/b/a/ MARINELLO SCHOOL OF BEAUTY, *et al.*,<br><br>Defendants. | No. CV 13-05256 RGK (AJWx)<br><br>[PROPOSED] ORDER ON NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(4)(B)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME] |

1 | The United States of America ("United States") having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED THAT:

1. The Complaint be unsealed and served upon the defendants by the qui tam plaintiffs (the "relators");

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the Notice Of The United States That It Is Not Intervening At This Time, which the relators will serve upon the defendants only after or at the same time as service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

5. The United States may order any deposition transcript;

6. The parties shall serve all notices of appeal upon the United States;

7. All orders of this Court shall be sent to the United States;

8. The United States is entitled to intervene in this action, for good cause, at any time; and

//
//
//
//
//
//
//

1

9. Should the relators or defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: JAN 1 4 2015

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **January 13, 2015**, I served

[PROPOSED] ORDER ON NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: **January 13, 2015**. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

SEE ATTACHED LIST.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: January 13, 2015 at Los Angeles, California.

/s/ Carol M. Ybarra
CAROL M. YBARRA

SERVICE LIST

Mark J. Skapik
Geralyn L. Skapik
John D. Graham -- of counsel
SKAPIK LAW GROUP
5861 Pine Avenue, Suite A-1
Chino Hills, CA   91709-6540

Eric Christopher Morris
SOUTHERN CALIFORNIA LAWYERS GROUP, PC
2151 Convention Center Way, Suite 211
Ontario, CA   91764

Justin T. Berger
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA   94010