Keith Zakarin (SBN 126528)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:  619-744-2200
Facsimile:  619-744-2201
E-mail:  kzakarin@duanemorris.com

Teresa N. Cavenagh (Pro Hac Vice to be filed)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone:  215-979-1808
Facsimile:  215-689-1939
E-mail:  tncavenagh@duanemorris.com

*Attorneys for Defendants* B&H Education, Inc., B&H Education Holdings, LLC, Dr. R. Rashed Elyas, Dr. Nagui Elyas, Michael Benvenuti, Michael Flecker, Abry Partners VI, L.P., Abry Investment Partnership, L.P., and Abry Senior Equity II, L.P.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *ex rel.* **TERISA MERCER CARON**, **VERONICA TREJO**, **PAIGE STEVENS**, **HEATHER LUEDTKE**, **TAMECA SHELTON**, and **CINDY JUAREZ**, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**B&H EDUCATION, INC.**, a Delaware Corporation, d/b/a MARINELLO SCHOOL OF BEAUTY; **B&H EDUCATION HOLDINGS, L.L.C.**, a Delaware Limited Liability Company; **DR. R. RASHED ELYAS**, an individual; **DR. NAGUI ELYAS**, an individual; **MICHAEL BENVENUTI, COO**, an individual; **MICHAEL FLECKER, CFO**, an individual; **ABRY PARTNERS VI, L.P.**, an unknown entity; **ABRY INVESTMENT PARTNERSHIP, L.P.**, an unknown entity; | Case No.  CV-13-5256-RGK(AJWx)<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>**[CIV. L.R. 7.1-1]** |

**ABRY SENIOR EQUITY II, L.P.**, an unknown entity; **UNITED BEAUTY ENTERPRISES, INC.**, a California Corporation; and **SCOPE BEAUTY ENTERPRISES, INC.**, a California Corporation,

                Defendants.

TO THE COURT AND ALL PARTIES OF RECORD:

      Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for Defendants B&H Education, Inc., B&H Education Holdings, LLC, Dr. R. Rashed Elyas, Dr. Nagui Elyas, Michael Benvenuti, Michael Flecker, Abry Partners VI, L.P., Abry Investment Partnership, L.P., and Abry Senior Equity II, L.P, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
|---|---|
| United States of America, *ex rel.* | Plaintiff |
| Terisa Mercer Caron | Plaintiff |
| Veronica Trejo | Plaintiff |
| Heather Luedtke | Plaintiff |
| Tameca Shelton | Plaintiff |
| Cindy Juarez | Plaintiff |
| B&H Education, Inc. d/b/a Marinello School of Beauty | Defendant |
| B&H Education Holdings, L.L.C. | Defendant |
| Dr. R. Rashed Elyas | Defendant |
| Dr. Nagui Elyas | Defendant |
| Michael Benvenuti | Defendant |
| Michael Flecker | Defendant |
| Abry Partners VI, L.P. | Defendant |
| Abry Investment Partnership, L.P. | Defendant |
| Abry Senior Equity II, L.P. | Defendant |

1  With respect to Defendants United Beauty Enterprises, Inc. and Scope Beauty
2  Enterprises, Inc., both entities are no longer in existence and during the conference of
3  counsel pursuant to L.R. 7-3 Relators' counsel agreed to dismiss both entities.

4  Dated: July 7, 2015  **DUANE MORRIS LLP**

6  By: s/ Keith Zakarin
   Keith Zakarin
   Teresa N. Cavenagh
7  *Attorneys for Defendants* B&H Education,
   Inc., B&H Education Holdings, LLC, Dr. R.
8  Rashed Elyas, Dr. Nagui Elyas, Michael
   Benvenuti, Michael Flecker, Abry Partners
9  VI, L.P., Abry Investment Partnership, L.P.,
   and Abry Senior Equity II, L.P.