Keith Zakarin (SBN 126528)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619-744-2200
Facsimile: 619-744-2201
E-mail: kzakarin@duanemorris.com

Michael L. Lipman (SBN 66605)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: 213-689-7400
Facsimile: 213-689-7401
E-mail: mllipman@duanemorris.com

Teresa N. Cavenagh (Pro Hac Vice to be filed)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215-979-1808
Facsimile: 215-689-1939
E-mail: tncavenagh@duanemorris.com

*Attorneys for Defendants* B&H Education, Inc., B&H Education Holdings, LLC, Dr. R. Rashed Elyas, Dr. Nagui Elyas, Michael Benvenuti, Michael Flecker, Abry Partners VI, L.P., Abry Investment Partnership, L.P., and Abry Senior Equity II, L.P.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *ex rel.* **TERISA MERCER CARON, VERONICA TREJO, PAIGE STEVENS, HEATHER LUEDTKE, TAMECA SHELTON**, and **CINDY JUAREZ**, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**B&H EDUCATION, INC.**, a Delaware Corporation, d/b/a MARINELLO SCHOOL OF BEAUTY; **B&H EDUCATION HOLDINGS, L.L.C.**, a Delaware Limited | Case No. CV-13-5256-RGK(AJWx)<br><br>**FRCP 7.1 DISCLOSURE STATEMENT** |

| | |
|---|---|
| Liability Company; **DR. R. RASHED ELYAS**, an individual; **DR. NAGUI ELYAS**, an individual; **MICHAEL BENVENUTI, COO**, an individual; **MICHAEL FLECKER, CFO**, an individual; **ABRY PARTNERS VI, L.P.**, an unknown entity; **ABRY INVESTMENT PARTNERSHIP, L.P.**, an unknown entity; **ABRY SENIOR EQUITY II, L.P.**, an unknown entity; **UNITED BEAUTY ENTERPRISES, INC.**, a California Corporation; and **SCOPE BEAUTY ENTERPRISES, INC.**, a California Corporation, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the following disclosures are made:

Defendant B&H Education, Inc. identifies B&H Holdings, LLC as its parent and no publicly held corporation owns 10% or more of its stock.

Defendant B&H Holdings, LLC does not have a parent company and no publicly held corporation owns 10% or more of its stock.

Defendant Abry Partners VI, L.P. does not have a parent company and no publicly held corporation owns 10% or more of its stock.

Defendant Abry Investment Partnership, L.P. does not have a parent company and no publicly held corporation owns 10% or more of its stock.

Defendant Abry Senior Equity II, L.P. does not have a parent company and no publicly held corporation owns 10% or more of its stock.

Dated: July 9, 2015　　　　　　　　　**DUANE MORRIS LLP**

　　　　　　　　　　　　　　　　　　By: s/ Keith Zakarin
　　　　　　　　　　　　　　　　　　Keith Zakarin
　　　　　　　　　　　　　　　　　　Michael L. Lipman
　　　　　　　　　　　　　　　　　　Teresa N. Cavenagh
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants* B&H Education, Inc., B&H Education Holdings, LLC, Dr. R. Rashed Elyas, Dr. Nagui Elyas, Michael Benvenuti, Michael Flecker, Abry Partners VI, L.P., Abry Investment Partnership, L.P., and Abry Senior Equity II, L.P.

2