1  NIALL P. McCARTHY (SBN 160175)
   nmccarthy@cpmlegal.com
2  JUSTIN T. BERGER (SBN 250346)
   jberger@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
4  840 Malcolm Road
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
6
   MARK J. SKAPIK (SBN 164957)
7  mskapik@skapiklaw.com
   GERALYN L. SKAPIK (SBN 145055)
8  gskapik@skapiklaw.com
   **SKAPIK LAW GROUP**
9  5861 Pine Avenue, Suite A-1
   Chino Hills, CA 91709-6540
10 Tel: (909) 398-4404
   Fax; (909) 398-1883
11
   *Attorneys for Qui Tam Plaintiffs*
12
                **UNITED STATES DISTRICT COURT**
13
                **CENTRAL DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| 15  **UNITED STATES OF AMERICA**, *ex rel.* **TERISA MERCER CARON, VERONICA TREJO, PAIGE STEVENS, HEATHER LUEDTKE, TAMECA SHELTON**, and **CINDY JUAREZ**, individuals<br><br>Plaintiffs,<br><br>v.<br><br>**B&H EDUCATION, INC.**, a Delaware Corporation, d/b/a MARINELLO SCHOOL OF BEAUTY; **DR. R. RASHED ELYAS**, an individual; **DR. NAGUI ELYAS**, an individual; **MICHAEL BENVENUTI, COO**, an individual; **MICHAEL FLECKER, CFO**, an individual;<br><br>Defendants. | CASE NO. CV-13-5256-RGK(AJWx)<br><br>**NOTICE OF SETTLEMENT AGREEMENT AND REQUEST FOR CONTINUANCE OF PRE-TRIAL DATES** |

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**NOTICE OF SETTLEMENT AGREEMENT AND REQUEST FOR CONTINUANCE OF PRE-TRIAL DATES;
CASE NO. CV-13-5256-RGK(AJWx)**
DM1\6976172.2

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In furtherance of the Notice of Settlement filed on May 4, 2016 (Doc. No. 64), Relators, Defendants, and Intervenor ("the Parties") hereby notify the Court that a written settlement agreement has been agreed upon by the Parties. However, because this is a *qui tam* action filed pursuant to the False Claims Act, 31 U.S.C. section 3279, *et seq.*, and despite the fact that the Department of Justice did not intervene in this action, the case may only be settled and dismissed with the express consent of the United States. Specifically, 31 U.S.C. section 3730(b)(1) provides, in pertinent part: "The action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."

The office of the United States Attorney for this District has been kept fully abreast of, and has been actively involved in, the drafting and negotiation of the written settlement agreement. However, due to standard bureaucratic procedures, final approval by the full appropriate government chain has not yet been received. The Parties have no control over the speed with which that approval occurs, but are informed that approval could or should occur within a matter of days.

Moreover, as is standard in settlement agreements of this type and magnitude, dismissal of the action will not take place until full payment of the settlement amount occurs, which will not occur until 15 business days after the settlement agreement is signed by the Parties and the United States. Intervenor is ready, willing and able to make the full payment once final approval is received from the government.

Accordingly, although the Parties have a final settlement agreement, dismissal of this action will not occur until after the date currently set for the bulk of the pre-trial filings, June 20, 2016, and possibly not until after the current date for the final pre-trial conference, July 11, 2016. Due to the relative certainty that the settlement will be consummated, and the case dismissed, the Parties do not wish to incur the

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

NOTICE OF SETTLEMENT AGREEMENT AND REQUEST FOR CONTINUANCE OF PRE-TRIAL DATES;
CASE NO. CV-13-5256-RGK(AJWx)

1

DM1\6976172.2

1 substantial cost and expense of preparing and filing the extensive pre-trial papers
2 required by the Court. Doing so would not only force a needless burden on the
3 Parties, but would also unduly burden the Court and its staff, unnecessarily.
4     The Parties therefore stipulate and request that the Court continue all current
5 deadlines for pre-trial filings by six weeks, to allow the settlement to be finally
6 approved, payment to be made, and the case to be dismissed.
7     The Parties will make themselves available at the Court's convenience should
8 the Court have any questions regarding any of the foregoing statements.

Dated: June 20, 2016     **COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Justin T. Berger*
        JUSTIN T. BERGER

**SKAPIK LAW GROUP**

    MARK J. SKAPIK
    GERALYN L. SKAPIK

*Attorneys for Qui Tam Plaintiffs*

Dated: June 20, 2016     **DUANE MORRIS LLP**

By:   */s/ Keith Zakarin*
        MICHAEL LIPMAN
        KEITH ZAKARIN
        TERESA N. CAVENAGH

*Attorneys for Defendants, Dr. R. Rashed Elyas; Dr. Nagui Elyas; Michael Benvenuti; And Michael Flecker*

| | |
|---|---|
| Dated: June 20, 2016 | **SOLTMAN, LEVITT, FLAHERTY & WATTLES, LLP** |
| | By: ___/s/ John Levitt___<br>         JOHN LEVITT<br>         THOMAS RITTENBURG |
| | *Attorneys for Intervenor Philadelphia Indemnity Insurance Company* |