1  EILEEN M. DECKER
   United States Attorney
2  DOROTHY A. SCHOUTEN, AUSA
   Chief, Civil Division
3  DAVID K. BARRETT, AUSA
   Chief, Civil Fraud Section
4  LINDA A. KONTOS, AUSA
   Deputy Chief, Civil Fraud Section
5  ABRAHAM MELTZER, AUSA
   California State Bar No. 162659
6       Room 7516, Federal Building
        300 N. Los Angeles Street
7       Los Angeles, California 90012
        Tel: (213) 894-7155
8       Fax: (213) 894-2380
        Email: abraham.meltzer@usdoj.gov
9  Attorneys for the
   United States of America

10

11              UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                    WESTERN DIVISION

14 UNITED STATES OF AMERICA *ex*        No. CV 13-5256 RGK (AJWx)
   *rel.* TERESA MERCER CARON, *et*
15 *al.*,                              JOINT STIPULATION OF DISMISSAL;
                                       CONSENT OF THE UNITED STATES
16          Plaintiffs,
                                       [LODGED CONCURRENTLY:
17              v.                     [PROPOSED] ORDER RE: DISMISSAL]

18 B&H EDUCATION, INC., a
   Delaware Corporation d/b/a
19 MARINELLO SCHOOL OF BEAUTY,
   *et al.*,
20
            Defendants.
21

22

23

24

25

26

27

28

DM1\7131999.1

JOINT STIPULATION OF DISMISSAL

WHEREAS, on or about July 22, 2013, *qui tam* plaintiffs Terisa Mercer Caron, Veronica Trejo, Paige Stevens, Heather Luedtke, Tameca Shelton, and Cindy Juarez (collectively, "Relators") filed this action (the "Civil Action") under the False Claims Act, 31 U.S.C. §§ 3729-3733, against defendant B&H Education, Inc. ("B&H") and individual defendants Dr. Rashed Elyas, Dr. Nagui Elyas, Mike Benvenuti, and Michael Flecker (Dr. R. Elyas, Dr. N. Elyas, Mr. Benvenuti, and Mr. Flecker are hereinafter collectively referred to as the "Individual Defendants"); and on or about April 17, 2015, Relators filed the operative First Amended Complaint in the Civil Action against B&H and the Individual Defendants;

WHEREAS, on February 25, 2016, pursuant to California Code of Civil Procedure §§ 493.010, *et seq.*, B&H executed a general assignment for the benefit of creditors (the "Assignment") in favor of Development Specialists, Inc., acting solely in its representative capacity as the assignee pursuant to the Assignment ("DSI"); and on February 26, 2016, DSI accepted the Assignment; and neither DSI nor DSI in its capacity as assignee are defendants in the Civil Action;

WHEREAS, on or about April 27, 2016, the Court allowed Philadelphia Indemnity Insurance Company ("Intervenor") to intervene as a party to the Civil Action;

WHEREAS, B&H, the Individual Defendants, DSI, Intervenor, Relators, and the United States of America ("United States") (collectively, the "Parties") have entered into a written settlement agreement dated August 4, 2016 (the "Settlement Agreement");

1

DM1\7131999.1

1     WHEREAS the Parties agreed that, after the United States and

2 Relators receive from Intervenor, on behalf of B&H, the monetary

3 Settlement Amount and the Statutory Fees and Costs Amount pursuant

4 to the Settlement Agreement, then the Parties shall promptly sign

5 and file in this Civil Action a Joint Stipulation of Dismissal;

6 Consent of the United States; and [Proposed] Order Re: Dismissal;

7 and

8     WHEREAS, Intervenor, on behalf of B&H, has satisfied its

9 obligation to pay the Settlement Amount to the United States and the

10 Statutory Fees and Costs Amount to Relators, as set forth in the

11 Settlement Agreement;

12     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the

13 Parties, through their respective counsel, that:

14     1.    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil

15 Procedure and 31 U.S.C. § 3730(b), and without further notice or

16 hearing, and in order to effectuate the Settlement Agreement and

17 subject to the terms of the Settlement Agreement, Relators dismiss

18 the Civil Action including all claims for relief and causes of

19 action against B&H, the Individual Defendants, and Intervenor, said

20 dismissal being:

21           (A)   with prejudice as to Relators, except for the claims

22               identified below in Paragraph 2;

23           (B)   with prejudice as to the United States only as to the

24               following alleged conduct by B&H during the period

25               from January 1, 2007 through February 26, 2016:

26                  That B&H violated the federal False Claims Act

27               (31 U.S.C. §§ 3729-3733) by submitting, or causing

28                                   2

1             the submission of, false claims for payment of

2             federal student loan funds under Title IV of the

3             Higher Education Act of 1965, 20 U.S.C. §§ 1070, *et*

4             *seq*., through: (i) Falsification and manipulation of

5             the "90/10" rule; (ii) Falsification of graduation

6             and career placement data; (iii) Manipulation of

7             student attendance records to ensure continued draw-

8             downs of federal student loans; (iv) Manipulation and

9             falsification of student entrance exams and/or

10            ability-to-benefit tests; (v) Manipulation and

11            alteration of High School Completion Programs at

12            Parkridge Private School located in Long Beach, CA;

13            and (vi) Falsification and manipulation of Student

14            Academic Reports and/or student grades;

15      (C)    without prejudice as to the United States as to any

16            allegation against the Individual Defendants; and

17      (D)    without prejudice as to the United States as to any

18            allegation against B&H not set forth in Paragraph

19            1.(B), *supra*; and,

20     2.    except that the Relators do not dismiss the Relators'

21 claim for a relators' share to be paid by the United States pursuant

22 to 31 U.S.C. § 3730(d). As to this claim, Relators and the United

23 States respectfully request that the Court retain jurisdiction to

24 //

25 //

26 //

27 //

28                           3

1    determine, if necessary, the relators' share that Relators should
2    obtain pursuant to 31 U.S.C. § 3730(d).
3    SO STIPULATED AND RESPECTFULLY SUBMITTED,

4

5    DATE: 8/17/16        BY: _____
6                             JUSTIN T. BERGER
                              Counsel for Relators Terisa Mercer Caron;
7                             Veronica Trejo; Paige Stevens; Heather
                              Luedtke; Tameca Shelton; and Cindy Juarez
8

9    DATE: 8/17/16        BY: _____
10                            GERALYN L. SKAPIK
                              Counsel for Relators Terisa Mercer Caron;
11                            Veronica Trejo; Paige Stevens; Heather
                              Luedtke; Tameca Shelton; and Cindy Juarez
12

13                            EILEEN M. DECKER
14                            United States Attorney
15   DATE: 8/16/2016      BY: _____
16                            ABRAHAM MELTZER
                              Assistant United States Attorney
17                            Attorneys for the
                              UNITED STATES OF AMERICA
18

19   DATE: 8/15/2016      BY: _____
20                            TERESA N. CAVENAGH
                              KEITH ZAKARIN
21                            Counsel for defendants
                              Dr. R. Rashed Elyas; Dr. Nagui Elyas;
22                            Michael Benvenuti; and Michael Flecker

23   DATE: _____  BY: _____
24                            JOHN LEVITT
                              THOMAS RITTENBURG
25                            Counsel for Invervenor Philadelphia
                              Indemnity Insurance Company
26

27

28                                         4

1  determine, if necessary, the relators' share that Relators should

2  obtain pursuant to 31 U.S.C. § 3730(d).

3  SO STIPULATED AND RESPECTFULLY SUBMITTED,

4

5  DATE: _____      BY: _____

6                               JUSTIN T. BERGER
                                Counsel for Relators Terisa Mercer Caron;
7                               Veronica Trejo; Paige Stevens; Heather
                                Luedtke; Tameca Shelton; and Cindy Juarez
8

9  DATE: _____      BY: _____

10                              GERALYN L. SKAPIK
                                Counsel for Relators Terisa Mercer Caron;
11                              Veronica Trejo; Paige Stevens; Heather
                                Luedtke; Tameca Shelton; and Cindy Juarez
12

13

14                              EILEEN M. DECKER
                                United States Attorney

15  DATE: _____     BY: _____

16                              ABRAHAM MELTZER
                                Assistant United States Attorney
17                              Attorneys for the
                                UNITED STATES OF AMERICA
18

19  DATE: _____     BY: _____

20                              TERESA N. CAVENAGH
                                KEITH ZAKARIN
21                              Counsel for defendants
                                Dr. R. Rashed Elyas; Dr. Nagui Elyas;
22                              Michael Benvenuti; and Michael Flecker

23  DATE: August 15, 2016   BY: _____

24                              JOHN LEVITT
                                THOMAS RITTENBURG
25                              Counsel for Intervenor Philadelphia
                                Indemnity Insurance Company
26

27

28

                                      4

DATE: 8/15/16          BY: _Geoffrey L. Berman_

GEOFFREY L. BERMAN,
SENIOR MANAGING DIRECTOR
For Development Specialists, Inc., solely
in its capacity as assignee for the benefit
of creditors of B&H Education, Inc.

5

1

### CONSENT OF THE UNITED STATES

2     Pursuant to 31 U.S.C. § 3730(b)(1), the Attorney General of the

3 United States, by and through the undersigned counsel for the United

4 States, consents to the foregoing dismissal.  The reason for the

5 consent of the Attorney General is that the dismissal is pursuant to

6 a settlement that is fair, adequate, and reasonable.

7                              Respectfully submitted,

8                              EILEEN M. DECKER

9                              United States Attorney

10 DATE:  _8/15/2016_

11                              ABRAHAM MELTZER

12                              Assistant United States Attorney
                                Attorneys for the

13                              UNITED STATES OF AMERICA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

# PROOF OF SERVICE
## United States of America, *ex rel. v.* B&H Education, Inc., et. al.
### United States District Court Case No.:  CV-13-5256-RGK (AJWx)

**Attorneys for Plaintiffs**

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

I am employed in the County of San Bernardino, State of California.  I am over the age of 18 and not a party to the within action; my business address is 5861 Pine Avenue, Suite A-1, Chino Hills, California 91709.

On August 16, 2016, I served the following document described as **JOINT STIPULATION OF DISMISSAL; CONSENT OF THE UNITED STATES** on the interested parties in this action

**(X)**   by placing true copies thereof enclosed in sealed envelopes as stated on the attached mailing list.

**(X)**   **By U.S. Mail.**  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Chino Hills, California.

**(X)**   **By E-Mail or Electronic Transmission.**  I caused a copy of the document(s) to be sent to persons at the email addresses listed in the Service List.  I did not receive, within reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**(X)**   **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed August 16, 2016 in Chino Hills, California.

_____
KAREN BERNARDO

**PROOF OF SERVICE**

**United States of America, *ex rel. v.* B&H Education, Inc., et. al.**

**United States District Court Case No.:  CV-13-5256-RGK (AJWx)**

**Attorneys for Plaintiffs**

Niall P. McCarthy (SBN 160175)
nmccarthy@cpmlegal.com
Justin T. Berger (SBN 250346)
jberger@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, California 94010
Tel:  (650) 697-6000; Fax:  (650) 692-3606
**Co-Counsel for Relators**

Michael L. Lipman
mllipman@duanemorris.com
DUANE MORRIS LLP
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Tel:  (213) 689-7400; Fax:  (213) 689-7401
**Counsel for Defendants, B&H EDUCATION, INC.; DR. R. RASHED ELYAS; DR. NAGUI ELYAS; MICHAEL BENVENUTI; AND MICHAEL FLECKER**

Keith Zakarin
kzakarin@duanemorris.com
Courtney L. Baird
clbaird@duanemorris.com
DUANE MORRIS LLP
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Tel:  (213) 689-7400; Fax:  (213) 689-7401
**Counsel for Defendants, B&H EDUCATION, INC.; DR. R. RASHED ELYAS; DR. NAGUI ELYAS; MICHAEL BENVENUTI; AND MICHAEL FLECKER**

**PROOF OF SERVICE**

1 | Teresa N. Cavenagh
2 | tncavenagh@duanemorris.com
| DUANE MORRIS LLP
3 | 30 South 17th Street
4 | Philadelphia, PA 19103
| Tel:  (215) 979-1808; Fax:  (215) 689-1939
5 | **Counsel for Defendants, B&H EDUCATION, INC.; DR. R. RASHED ELYAS; DR.**
6 | **NAGUI ELYAS; MICHAEL BENVENUTI; AND MICHAEL FLECKER**

7 | Abraham Meltzer, AUSA
8 | abraham.meltzer@usdoj.gov
9 | Room 7516, Federal Building
| 300 N. Los Angeles Street
10 | Los Angeles, CA 90012
11 | (213) 894-7155; Fax:  (213) 894-2380
| **Attorneys for the UNITED STATES OF AMERICA**
12 |

13 | John S. Levitt, Esq.
| jlevitt@slfesq.com
14 | SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP
15 | 90 E. Thousand Oaks Blvd., Suite 300
| Thousand Oaks, CA 91360
16 | (805) 497-7706; Fax:  (805) 497-1147
17 | **Attorneys for Intervenor PHILADELPHIA INDEMNITY INSURANCE**
18 | **COMPANY**

19 | [Revised:  April 13, 2016]
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**PROOF OF SERVICE**