EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
LINDA A. KONTOS, AUSA
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER, AUSA
California State Bar No. 162659
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
Attorneys for the
United States of America

NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TERESA MERCER CARON, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>B&H EDUCATION, INC., a Delaware Corporation d/b/a MARINELLO SCHOOL OF BEAUTY, *et al.*,<br><br>    Defendants. | No. CV 13-5256 RGK (AJWx)<br><br>ORDER RE: DISMISSAL<br><br>[FILED CONCURRENTLY: JOINT STIPULATION OF DISMISSAL; CONSENT OF THE UNITED STATES] |

**ORDER**

For good cause shown, IT IS HEREBY ORDERED, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b), that:

1. All claims for relief and causes of action filed in this action against all defendants are hereby dismissed, said dismissal being:

    (A) with prejudice as to relators Terisa Mercer Caron, Veronica Trejo, Paige Stevens, Heather Luedtke, Tameca Shelton, and Cindy Juarez (collectively, "Relators"), except for the claims identified below in Paragraph 2;

    (B) with prejudice as to the United States of America ("United States") only as to the following alleged conduct by defendant B&H Education, Inc. ("B&H") during the period from January 1, 2008 through February 26, 2016:

        That B&H violated the federal False Claims Act (31 U.S.C. §§ 3729-3733) by submitting, or causing the submission of, false claims for payment of federal student loan funds under Title IV of the Higher Education Act of 1965, 20 U.S.C. §§ 1070, *et seq.*, through: (i) Falsification and manipulation of the "90/10" rule; (ii) Falsification of graduation and career placement data; (iii) Manipulation of student attendance records to ensure continued draw-downs of federal student loans; (iv) Manipulation and

                falsification of student entrance exams and/or ability-to-benefit tests; (v) Manipulation and alteration of High School Completion Programs at Parkridge Private School located in Long Beach, CA; and (vi) Falsification and manipulation of Student Academic Reports and/or student grades;

    (C)  without prejudice as to the United States as to any allegation against defendants Dr. Rashed Elyas, Dr. Nagui Elyas, Mike Benvenuti, and Michael Flecker (the "Individual Defendants"); and

    (D)  without prejudice as to the United States as to any allegation against B&H not set forth in Paragraph 1.(B), *supra*. ~~and,~~

~~2. except that Relators' claim for a relators' share to be paid by the United States pursuant to 31 U.S.C. § 3730(d) is not dismissed; and the Court retains jurisdiction to determine, if necessary, the relators' share that Relators should obtain pursuant to 31 U.S.C. § 3730(d).~~

**IT IS SO ORDERED.**

DATED: August 22, 2016           _____
                                         R. GARY KLAUSNER
                                         UNITED STATES DISTRICT JUDGE